

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00466-CR

Allison **LOZANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9365W
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The trial court imposed sentence on June 16, 2016. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on July 18, 2016. TEX. R. APP. P. 26.2(a)(1). Additionally, a motion for extension of time to file the notice of appeal was due on August 3, 2016. TEX. R. APP. P. 26.3.

Appellant did not file her notice of appeal until July 20, 2016. Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause on or before August 24, 2016 why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court